UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN, JR.,

    Plaintiff,

v.	Case No. 3:14cv281/MCR/CJK

HOWELL W. MELTON,

    Defendant.

_____/

REPORT AND RECOMMENDATION

    This is a § 1983 case brought by a *pro se* prisoner. On June 27, 2014, the court entered an order noting that although plaintiff filed a motion to proceed *in forma pauperis*, his motion was inadequate because he failed to submit a prisoner consent form and financial certificate with attachments. *See* doc. 4. The court directed the clerk to send plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed plaintiff thirty days in which to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file the completed *in forma pauperis* motion. The court also warned plaintiff that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to comply with an order of the court. After thirty days passed and plaintiff failed to comply with the court's order, the court entered an order to

show cause why the case should not be dismissed. *See* doc. 5. Plaintiff responded by filing another motion to proceed *in forma pauperis*. Once again, however, plaintiff failed to submit a prisoner consent form and financial certificate with attachments. The court allowed plaintiff one last opportunity to comply with its order, directing plaintiff to either pay the $400.00 filing fee or file a fully completed motion to proceed *in forma pauperis*, including the prisoner consent form and financial certificate with attachments, within fourteen days of the court's order. *See* doc. 7. The court warned plaintiff that failure to do would result, without further notice, in a recommendation that the case be dismissed for failure to comply with an order of the court and/or failure to prosecute. More than fourteen days have passed and plaintiff has failed to comply. Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 2nd day of September, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).